```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                       Case No. 19-01753-HWV
Russell James Donovan                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2019
                               Form ID: 318             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
```
db           +Russell James Donovan,    13 Benjamin Drive,    Hanover, PA 17331-9339
5190175      +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5190179      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5190180      +Pacific Union,    350 Highland,    Houston, TX 77009-6623
5190181      +Upstart,    Attn: Bankruptcy,    Po Box 1503,    San Carlos, CA 94070-7503
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5190174      +EDI: CAPITALONE.COM Aug 09 2019 23:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
5190172       EDI: IRS.COM Aug 09 2019 23:03:00      Internal Revenue Service,    POB 7346,
              Philadelphia, PA 19101-7346
5190176       E-mail/Text: cu.collections@marketusafcu.com Aug 09 2019 19:04:17
              Market USA Federal Credit Union,    8871 Gorman Rd Ste 100,    Laurel, MD 20723
5190177       E-mail/Text: cu.collections@marketusafcu.com Aug 09 2019 19:04:17      Market Usa Federal Cu,
              Attn: Bankruptcy Dept,    8871 Gorman Rd Ste 100,    Laurel, MD 20723
5190178      +E-mail/Text: unger@members1st.org Aug 09 2019 19:04:42      Members 1st Fcu,
              Attn: Bankruptcy Dept,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5190173       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2019 19:04:23      PA Department of Revenue,
              Attn: Bankruptcy Division,    Dept 280946,    Harrisburg, PA 17128-0946
5190182      +EDI: WFFC.COM Aug 09 2019 23:03:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
              Po Box 19657,    Irvine, CA 92623-9657
5190183      +E-mail/Text: kcm@yatb.com Aug 09 2019 19:04:10      York Adams Tax Bureau,
              Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 8
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
```
              Gary J Imblum    on behalf of Debtor 1 Russell James Donovan gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Russell James Donovan** | Social Security number or ITIN    xxx–xx–2093 |
| | First Name    Middle Name    Last Name | EIN    __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____ |
| | | EIN    __–_____ |

United States Bankruptcy Court    **Middle District of Pennsylvania**

Case number:    **1:19–bk–01753–HWV**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Russell James Donovan
aka Russell J Donovan

**By the court:**

*[signature]*

8/9/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**